GARY L. JOHNSON [4353]
JENNIFER H. MASTROROCCO [11206]
RICHARDS BRANDT MILLER NELSON
Attorneys for Plaintiff
Wells Fargo Center, 15th Floor
299 South Main Street
P.O. Box 2465
Salt Lake City, Utah  84110-2465
E-Mail:  gary-johnson@rbmn.com
          jennifer-mastrorocco@rbmn.com
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>EVEREST CONSTRUCTION LLC, and KIMBERLY DELOBEL, an individual,<br><br>Defendants. | **STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Civil No. 1:18-cv-00045-TC-BCW<br><br>Judge Tena Campbell<br><br>Magistrate Judge Brooke C. Wells |

Plaintiff United Specialty Insurance Company and defendants Everest Construction, LLC and Kimberly Delobel, by and through their counsel of record as indicated below, hereby agree and stipulate that all of plaintiff's claims against these defendants and all counterclaims of defendants against plaintiff may be dismissed, with prejudice, each side to bear its own costs.

DATED this 4th day of June, 2019.

RICHARDS BRANDT MILLER NELSON

   /s/  Gary L. Johnson
Gary L. Johnson
Jennifer H. Mastrorocco
*Attorneys for Plaintiff*

DATED this 4th day of June, 2019.

>DEWSNUP KING OLSEN WOREL
> HAVAS MORTENSEN
>
> /s/ Edward B. Havas
> *(Signed w/ permission of Edward B. Havas)*
> EDWARD B. HAVAS
> *Attorneys for Defendants*

## **MOTION TO DISMISS**

Plaintiff, by and through its counsel of record, Gary L. Johnson and Jennifer H. Mastrorocco of RICHARDS BRANDT MILLER NELSON, moves this Court for an Order dismissing all claims in the Complaint and all Counterclaims, with prejudice.  The basis of this Motion is set forth above in the Stipulation of the parties.

DATED this 4th day of June, 2019.

> RICHARDS BRANDT MILLER NELSON
>
>     /s/  Gary L. Johnson
> Gary L. Johnson
> Jennifer H. Mastrorocco
> *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 4th day of June, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

 Edward B. Havas
 DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN
 36 S. State Street, Ste. 2400
 Salt Lake City, UT  84111
 *Attorneys for Defendants*

            /s/  Gary L. Johnson


G:\EDSI\DOCS\21769\0001\18Y8319.DOCX