AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

UNITED SPECIALTY INSURANCE COMPANY,

        Plaintiff,

v.

EVEREST CONSTRUCTION LLC and KIMBERLY DELOBEL,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:18cv-45-TC-BCW

IT IS ORDERED AND ADJUDGED that all of Plaintiff's claims and all of Defendants' counterclaims are dismissed with prejudice, each side to bear their own costs.

_____

June 5, 2019
*Date*

BY THE COURT:

_____
U.S. District Court Judge Tena Campbell